**Gregory DICKENS, Petitioner–Appellant,**

**v.**

**Charles RYAN, Respondent–Appellee.**

No. 08–99017.

United States Court of Appeals, Ninth Circuit.

Jan. 4, 2013.

Dale A. Baich, Esquire, Robin C. Konrad, Esquire, Assistant Federal Public De-

fenders, Federal Public Defender's Office, Phoenix, AZ, for Petitioner–Appellant.

John Pressley Todd, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

D.C. No. CV–01–757–PHX–NVW.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.